MICHAEL STEPANIAN
Attorney at Law (CSBN 037712)
819 Eddy Street
San Francisco, CA 94109
Telephone: 415-771-6174
Facsimile:   415-474-3748

RANDY SUE POLLOCK
Attorney at Law (CSBN 64473)
2831 Telegraph Avenue
Oakland, CA 94609
San Francisco, CA 94109
Telephone: (510) 763-9967
Facsimile:  (510) 272-0711

Attorneys for Defendant
HENRY YOUNG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

–ooo–

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>HENRY YOUNG,<br><br>        Defendant<br>_____/ | CR. **10-0163-MHP**<br><br><br>**STIPULATION TO CONTINUE<br>DATE FOR SENTENCING**<br>_____ |

    Defendant Henry Young, by and through his counsel of record Randy Sue Pollock and Michael Stepanian, and Assistant United States Attorney Douglas Sprague hereby stipulate and agree to continue the sentencing presently set for July 19, 2010 at 9 a.m. to September 20, 2010 at 9 a.m.  This request is based on conflicting vacation schedules of counsel.

///

///

///

1  U.S. Probation Officer Teresa Hoffman has no objection to this continuance.

3  Date:   June 16, 2010        /s/ Randy Sue Pollock
                                RANDY SUE POLLOCK
4                               MICHAEL STEPANIAN
                                Counsel for Defendant
5                               Henry Young

7                               /s/ Douglas Sprague
8  Date:   June 16, 2010        DOUGLAS SPRAGUE
                                Assistant United States Attorney

18 SO ORDERED:

19 June 21 , 2010               _____
20                              MARILYN HALL PATEL
                                United States District Judge

IT IS SO ORDERED
Judge Marilyn H. Patel

2