MICHAEL STEPANIAN
Attorney at Law (CSBN 037712)
819 Eddy Street
San Francisco, CA 94109
Telephone: 415-771-6174
Facsimile:  415-474-3748

RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
2831 Telegraph Avenue
Oakland, CA 94609
San Francisco, CA 94109
Telephone: (510) 763-9967
Facsimile:  (510) 272-0711

Attorneys for Defendant
HENRY YOUNG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

–ooo–

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

HENRY YOUNG,

       Defendant
_____/

CR. **10-0163-MHP**

**STIPULATION TO EXTEND DATE FOR SELF-SURRENDER; [PROPOSED] ORDER**
_____

    Defendant Henry Young, by and through his counsel of record Randy Sue Pollock and Michael Stepanian, and Assistant United States Attorney Douglas Sprague hereby stipulate and agree to extend the date for Henry Young's self-surrender to the Bureau of Prisons from May 1, 2011 to June 3, 2011.

/ / /

/ / /

**STIPULATION TO EXTEND DATE FOR SELF-SURRENDER;
[PROPOSED] ORDER**

This request is because Mr. Young's son is graduating from USF Business School on May 31, 2011.

Date:  March 7, 2011                              /s/
                                                  RANDY SUE POLLOCK
                                                  MICHAEL STEPANIAN
                                                  Counsel for Defendant
                                                  Henry Young


Date:  March 7, 2011                              /s/
                                                  DOUGLAS SPRAGUE
                                                  Assistant United States Attorney


**SO ORDERED:**

March_9_, 2011                                    _____
                                                  MARILYN HALL PATEL
                                                  United States District Judge

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

**STIPULATION TO EXTEND DATE FOR SELF-SURRENDER;
[PROPOSED] ORDER**                                                                2